1 | further status on the Rule 20 proceedings.

2

3 | SO STIPULATED.

4 | Dated: October 16, 2006 /S/
5 | HILARY A. FOX
Attorney for Defendant HOLLADAY

6 | SO STIPULATED.
7

8 | Dated: October __, 2006 /S/
9 | SHASHI KEWALRAMANI
Assistant United States Attorney
10

11 | SIGNATURE ATTESTATION

12 | I hereby attest that I have on file all holograph signatures indicated by a "conformed"

13 | signature ("/S/") within this efiled document.

14

15

16 | ORDER

17 | Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby

18 | ORDERED that the status hearing in this matter is continued to October 31, 2006 10:00 a.m.

19 | IT IS SO ORDERED.

20 | Dated:   October 17, 2006

21

22

23

24 | WAYNE D. BRAZIL
United States Magistrate Judge

25

26

STIP AND ORD CONTINUING             - 2 -
HEARING DATE